IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:09-CR-184-JEC-JFK |
| MARTIN ARREOLA-ROMERO (2), ANGEL LUIS AYALA (3), JUAN MANUEL MENDOZA (10), and RAPHAEL PEDROZA PEREZ (11), | |
| Defendants. | |

# **O R D E R**

As to Defendants Martin Arreola-Romero, Angel Luis Ayala, Juan Manuel Mendoza, and Raphael Pedroza Perez, all pre-trial issues have been resolved and pre-trial motions, if any, have been withdrawn.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, declared Ready For Trial as to these four defendants.[1]

---

[1] The remaining Defendants named in the second superseding indictment have matters still pending before the magistrate judge.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this 27th day of July, 2010.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE